1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

**FILED**

JUN 15 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00084-EFB |
| | 2:12-SW-00085-EFB |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02520-40113, HELD IN THE NAME OF DEBORAH A. BARNES AND DIVISIDERO 99 CENT PLUS STORE, | 2:12-SW-00086-EFB |
| | 2:12-SW-00087-EFB |
| | 2:12-SW-00088-EFB |
| | 2:12-SW-00089-EFB |
| | 2:12-SW-00091-EFB |
| | 2:12-SW-00092-EFB |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 2690-71631, HELD IN THE NAME OF DIVISIDERO 99 CENT PLUS STORE, | 2:12-SW-00093-EFB |
| | 2:12-SW-00094-EFB |
| | 2:12-SW-00095-EFB |
| | 2:12-SW-00096-EFB |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02527-74822, HELD IN THE NAME OF DEBORAH A. BARNES AND DIVISIDERO 99 CENT PLUS STORE, | ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 2525-43591, HELD IN THE NAME OF HERMAN KEESE, JR., | |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 38101854-4882, HELD IN THE NAME OF HERMAN KEESE AND DEBORAH BARNES, | |

2008 CHEVROLET TOW TRUCK,
VIN: 1GBE5C1908F412857, SOUTH
CAROLINA LICENSE PLATE NUMBER:
P400671,

2008 GMC TOW TRUCK,
VIN: 1GDE5C1918F409165, SOUTH
CAROLINA LICENSE PLATE NUMBER:
P406276,

2008 HARLEY DAVIDSON MOTORCYCLE,
VIN: 1HD1FC4378Y636113,
CALIFORNIA LICENSE PLATE NUMBER:
19N5809,

2011 HARLEY DAVIDSON MOTORCYCLE,
VIN: 1HD1KH418BB658493, SOUTH
CAROLINA LICENSE PLATE NUMBER:
ZC37745,

2006 DODGE RAM TRUCK,
VIN: 3D7MX48C36G147958, SOUTH
CAROLINA LICENSE PLATE NUMBER:
HAS984,

DEFENDANTS.

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 6/15/12

DALE A. DROZD
United States Magistrate Judge